UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MASTER MARINE MECHANIC,
INC., as owner of the 1978 40'
BLUEWATER TRICABIN YACHT
HIN# BTL04255M78A, for
exoneration from or limitation of
liability

        Petitioner,

Case No: 2:17-cv-165-FtM-99CM

## ORDER

This matter comes before the Court upon review of Petitioner Master Mechanic, Inc.'s Motion for Issuance of Limitation Injunction, Monition and Order Approving Petitioner's Security (Doc. 6) filed on March 28, 2017. Petitioner seeks this Court to enter an Order of Limitation Injunction, an Order directing the Clerk to issue the Monition, and an Order approving Petitioner's proposed security. Doc. 6 at 1.

Petitioner filed the Verified Petition for Exoneration from or Limitation of Liability (Doc. 1) seeking exoneration from or in the alternative, limitation of liability regarding a 1978 40' BLUEWATER TRICABIN YACHT HIN #BTL04255M78A ("Vessel") pursuant to 46 U.S.C. § 30501 *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, for damages or injuries caused by or resulting from an incident occurring on or about October 15, 2016 at Paradise Marina in North Fort Myers, FL. Petitioner alleges that the vessel remains in Fort Myers, Florida, within the territorial boundaries of the Middle District of Florida. Doc. 1 ¶ 26.

ACCORDINGLY, it is hereby

**ORDERED:**

Petitioner's Motion for Issuance of Limitation Injunction, Monition and Order Approving Petitioner's Security (Doc. 6) is **GRANTED**. An Order of Limitation Injunction, an Order on Monition, and an Order Approving Petitioner's Security will be entered under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 29th day of March, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record